**TIM CUNNINGHAM, OSB #100906**
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**JAMES C. GRANT,** *Pro Hac Vice*
jimgrant@dwt.com
**ERIC STAHL,** *Pro Hac Vice*
ericstahl@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Attorneys for Defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Dartmoor Holdings, LLC, IC Holdings, LLC, Backpage.com, LLC, Website Technologies, LLC, Amstel River Holdings, LLC, Lupine Holdings, LLC, Kickapoo River Investments, LLC, CF Holdings GP, LLC, CF Acquisitions, LLC, Carl Ferrer, Michael Lacey and James Larkin

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SCOTT KOCHER, in his capacity as Personal Representative of The Estate of ASHLEY BENSON,**<br><br>        **PLAINTIFF**,<br><br>    v.<br><br>**HILTON WORLDWIDE HOLDINGS, INC.; HILTON DOMESTIC OPERATING COMPANY, INC.; HILTON FRANCHISE HOLDING, LLC; WMK PORTLAND, LCC; GRACE LIAL; MEDALIST HOLDINGS, LLC; LEEWARD HOLDINGS, LLC; CAMARILLO HOLDINGS, LLC; DARTMOOR HOLDINGS, LLC; IC HOLDINGS, LLC; BACKPAGE.COM, LCC; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER** | Case No. 3:18-cv-00449-SB<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO FED. R. CIV. P. 6(b)** |

Page 1 - MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

4845-7419-6063v.1 3710078-000091         DAVIS WRIGHT TREMAINE LLP
                          1300 S.W. Fifth Avenue, Suite 2400
                          Portland, Oregon 97201-5610
                          (503) 241-2300 main · (503) 778-5299 fax

**HOLDINGS, LLC; LUPINE HOLDINGS, LLC; KICKAPOO RIVER INVESTMENTS, LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; AND JOHN DOES 1-5,**

                     **DEFENDANTS**.

## CERTIFICATE OF COMPLIANCE WITH L.R 7.1

Counsel for defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Dartmoor Holdings, LLC, IC Holdings, LLC, Backpage.com, LLC, Website Technologies, LLC, Amstel River Holdings, LLC, Lupine Holdings, LLC, Kickapoo River Investments, LLC, CF Holdings GP, LLC, CF Acquisitions, LLC, Carl Ferrer, Michael Lacey and James Larkin ("Backpage defendants") certify that he has conferred in good faith with counsel for plaintiff concerning the matter herein, and that plaintiff does not object to this request. Counsel for Backpage defendants further certifies he has conferred with counsel for defendants Hilton Worldwide Holdings, Inc. Hilton Domestic Operating Company, Inc., Hilton Franchise Holding, LLC, WMK Portland, LLC, and Grace Lial, who also do not oppose this request.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), Backpage defendants move the court for an order enlarging their time to respond to the complaint, whether by answer or motion, until 10 days after the Court's ruling on plaintiff's forthcoming motion to remand. No previous extension of time has been granted by this court.

## POINTS AND AUTHORITIES

Defendants Ferrer, Lacey, and Larkin removed this case on Wednesday, March 14, 2018. Under Fed. R. Civ. P. 81(c)(2)(C), defendants' responses are presently due on March 21, 2018. Counsel for Backpage defendants has conferred with counsel for plaintiff, and counsel for plaintiff informs counsel for Backpage defendants that plaintiff intends to move the Court to remand this case to the Circuit Court for the State of Oregon, Multnomah County. Cunningham Dec. ¶ 2.

Page 2 - MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

4845-7419-6063v.1 3710078-000091

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Given the forthcoming motion for remand, and the complicated issues presented in defendants Ferrer, Lacey, and Larkin's removal, Backpage defendants submit this case will proceed most efficiently, for the parties and the Court, if defendants respond to the complaint after the Court has determined whether the case will proceed in this Court or in Multnomah County.

This motion is made in good faith and for the reasons stated in the Declaration of Tim Cunningham filed herewith.

DATED this 21st day of March, 2018.

**DAVIS WRIGHT TREMAINE LLP**

By  s/ Tim Cunningham
Tim Cunningham, OSB #100906
timcunningham@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

James C. Grant, *Pro Hac Vice*
jimgrant@dwt.com
Eric Stahl, *Pro Hac Vice*
ericstahl@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700

Attorneys for Defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Dartmoor Holdings, LLC, IC Holdings, LLC, Backpage.com, LLC, Website Technologies, LLC, Amstel River Holdings, LLC, Lupine Holdings, LLC, Kickapoo River Investments, LLC, CF Holdings GP, LLC, CF Acquisitions, LLC, Carl Ferrer, Michael Lacey and James Larkin

Page 3 - MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

4845-7419-6063v.1 3710078-000091          DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax