Julie Bardacke Haddon, OSB No. 004884
jhaddon@grsm.com
Direct Dial: (503) 382-3851
W. Greg Lockwood, OSB No. 114415
wglockwood@grsm.com
Direct Dial: (503)382-3855
GORDON REES SCULLY MANSUKHANI, LLP
121 SW Morrison Street, Suite 1575Portland, OR 97204
Facsimile:  (503) 616-3600

Attorneys for Defendants,
Hilton Franchise Holding, LLC; Hilton Domestic Operating Company, Inc.;
Hilton Worldwide Holdings, Inc.; WMK Portland LLC; and Grace Lial

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SCOTT KOCHER, in his capacity as Personal Representative of The Estate of ASHLEY BENSON<br><br>Plaintiff,<br><br>vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC.; HILTON DOMESTIC OPERATING COMPANY, INC.; HILTON FRANCHISE HOLDING, LLC; WMK PORTLAND LLC; GRACE LIAL; MEDALIST HOLDINGS, LLC; LEEWARD HOLDINGS, LLC; CAMARILLO HOLDINGS, LLC; DARTMOOR HOLDINGS, LLC; IC HOLDINGS, LLC; BACKPAGE.COM, LLC; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS, LLC; KICKAPOO RIVER INVESTMENTS, LLC; CF HOLDINGS GP, LLC; CF ACQUISITIONS, LLC; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; AND JOHN DOES 1-5,<br><br>Defendants. | CASE NO. 3:18-cv-00449-SB<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO FED.R.CIV.P. 6(b)** |

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

Counsel for defendants Hilton Worldwide Holdings, Inc., Hilton Domestic Operating Company, Inc., Hilton Franchise Holding, LLC, WMK Portland, LLC ("Hilton defendants"), and Grace Lial ("Lial") certifies that she has conferred in good faith with counsel for plaintiff concerning the matter herein, and that plaintiff does not object to this request. Counsel for Hilton defendants and Lial further certifies that she has conferred with counsel for defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Dartmoor Holdings, LLC, IC Holdings, LLC, Backpage.com, LLC, Website Technologies, LLC, Amstel River Holdings, LLC, Lupine Holdings, LLC, Kickapoo River Investments, LLC, CF Holdings GP, LLC, CF Acquisitions, LLC, Carl Ferrer, Michael Lacey and James Larkin (who have collectively filed a similar unopposed motion), who also does not oppose this request.

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), Hilton defendants and Lial move the Court for an order extending the deadline to respond to the complaint until 10 days after the Court's final ruling on Plaintiff's anticipated motion to remand. The Court has not granted any previous extension of time in this matter.

## POINTS AND AUTHORITIES

Defendants Ferrer, Lacey, and Larkin removed this case on Wednesday, March 14, 2018. Under Fed. R. Civ. P. 81(c)(2)(C), all defendants' responses are due to be filed with the Court on March 21, 2018. Counsel for Hilton defendants and Lial, Julie Bardacke Haddon, conferred by email with counsel for Plaintiff, Janis Puracal, who confirmed by return email that she consents to the extension of the deadline to respond to the complaint requested herein.

In light of the anticipated motion to remand, and the complex nature of the issues raised in the removal petition, Hilton defendants and Lial agree that this case will proceed most efficiently if all defendants are allowed to delay filing responses to the complaint until after the Court has determined whether or not the case will proceed in this Court.

This motion is made in good faith.

Dated: March 21, 2018                    GORDON REES SCULLY MANSUKHANI, LLP

                                         By:  /s/ *Julie Bardacke Haddon*
                                         Julie Bardacke Haddon, OSB No. 004884
                                         jhaddon@grsm.com
                                         Direct Dial: (503) 382-3851
                                         W. Greg Lockwood, OSB No. 114415
                                         wglockwood@grsm.com
                                         Direct Dial: (503)382-3855
                                         *Attorneys for Defendants, Hilton Franchise Holding, LLC; Hilton Domestic Operating Company, Inc.; Hilton Worldwide Holdings, Inc.; WMK Portland LLC; and Grace Lial*

Page 3 of 3 – UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO FED.R.CIV.P. 6(b)

**Gordon Rees Scully Mansukhani,** LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Facsimile: (503) 616-3600

1151285/37311434v.1