**TIM CUNNINGHAM, OSB #100906**
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

**JAMES C. GRANT,** *Pro Hac Vice*
jimgrant@dwt.com
**ERIC STAHL,** *Pro Hac Vice*
ericstahl@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700

    Attorneys for Defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Michael Lacey and James Larkin

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT KOCHER, in his capacity as Personal Representative of The Estate of ASHLEY BENSON,<br><br>    **PLAINTIFF**,<br><br>v.<br><br>**HILTON WORLDWIDE HOLDINGS, INC.; HILTON DOMESTIC OPERATING COMPANY, INC.; HILTON FRANCHISE HOLDING, LLC; WMK PORTLAND, LCC; GRACE LIAL; MEDALIST HOLDINGS, LLC; LEEWARD HOLDINGS, LLC; CAMARILLO HOLDINGS, LLC; DARTMOOR HOLDINGS, LLC; IC HOLDINGS, LLC; BACKPAGE.COM, LCC; UGC TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS, LLC; KICKAPOO RIVER INVESTMENTS, LLC; CF HOLDINGS GP,** | Case No. 3:18-cv-00449-SB<br><br>**NOTICE OF CLARIFICATION** |

Page 1 – NOTICE OF CLARIFICATION

4848-0892-8102v.1 3710078-000091        DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

LLC; CF ACQUISITIONS, LLC; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; AND JOHN DOES 1-5,

                    DEFENDANTS.

On Wednesday May 9, 2018, the undersigned filed an Unopposed Motion to Withdraw from representation of IC Holdings, LLC and Dartmoor Holdings, LLC. Dkt. 22. That motion included, in part, the statement that "IC Holdings, LLC and Dartmoor Holdings, LLC, may be contacted through their counsel, Nanci L. Clarence, Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94019 (415-749-1800)." *Id.*

The firm of Clarence Dyer & Cohen LLP has indicated it does not represent IC Holdings, LLC and Dartmoor Holdings, LLC in civil matters. No other counsel has entered an appearance or otherwise indicated it is representing IC Holdings, LLC and Dartmoor Holdings, LLC in this matter.

The statement in the Unopposed Motion to Withdraw was not intended to indicate Clarence Dyer & Cohen LLP represents IC Holdings, LLC and Dartmoor Holdings, LLC in this matter, and the Court's current docket correctly identifies those parties as unrepresented.

DATED this 16th day of May, 2018.

                    **DAVIS WRIGHT TREMAINE LLP**

                    By  s/ Tim Cunningham
                          Tim Cunningham, OSB #100906
                          timcunningham@dwt.com
                          Telephone: (503) 241-2300
                          Facsimile: (503) 778-5299

                          James C. Grant, *Pro Hac Vice*
                          jimgrant@dwt.com
                          Eric Stahl, *Pro Hac Vice*
                          ericstahl@dwt.com
                          **DAVIS WRIGHT TREMAINE LLP**
                          1201 Third Avenue, Suite 2200
                          Seattle, WA 98101-3045
                          Telephone: (206) 622-3150
                          Facsimile: (206) 757-7700
                          Attorneys for Defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Michael Lacey and James Larkin

Page 2 – NOTICE OF CLARIFICATION

4848-0892-8102v.1 3710078-000091

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **NOTICE OF CLARIFICATION** by mailing a copy to the following parties:

>Nanci L. Clarence
>Jonathan M. Baum
>Clarence Dyer & Cohen LLP
>899 Ellis Street
>San Francisco, CA 94109

DATED this 16th day of May, 2018.

>**DAVIS WRIGHT TREMAINE LLP**
>
>By s/ Tim Cunningham
>Tim Cunningham, OSB #100906
>timcunningham@dwt.com
>Telephone: (503) 241-2300
>Facsimile: (503) 778-5299
>
>James C. Grant, *Pro Hac Vice*
>jimgrant@dwt.com
>Eric Stahl, *Pro Hac Vice*
>ericstahl@dwt.com
>**DAVIS WRIGHT TREMAINE LLP**
>1201 Third Avenue, Suite 2200
>Seattle, WA  98101-3045
>Telephone: (206) 622-3150
>Facsimile:  (206) 757-7700
>
>Attorneys for Defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Michael Lacey and James Larkin

Page 1 – CERTIFICATE OF SERVICE

4848-0892-8102v.1 3710078-000091        DAVIS WRIGHT TREMAINE LLP
                                        1300 S.W. Fifth Avenue, Suite 2400
                                        Portland, Oregon  97201-5610
                                        (503) 241-2300 main · (503) 778-5299 fax