**TIM CUNNINGHAM, OSB #100906**
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**JAMES C. GRANT,** *Pro Hac Vice*
jimgrant@dwt.com
**ERIC STAHL,** *Pro Hac Vice*
ericstahl@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Attorneys for Defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Michael Lacey and James Larkin

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SCOTT KOCHER, in his capacity as Personal Representative of The Estate of ASHLEY BENSON,**<br><br>     **PLAINTIFF**,<br><br>  v.<br><br>**HILTON WORLDWIDE HOLDINGS, INC.; HILTON DOMESTIC OPERATING COMPANY, INC.; HILTON FRANCHISE HOLDING, LLC; WMK PORTLAND, LCC; GRACE LIAL; MEDALIST HOLDINGS, LLC; LEEWARD HOLDINGS, LLC; CAMARILLO HOLDINGS, LLC; DARTMOOR HOLDINGS, LLC; IC HOLDINGS, LLC; BACKPAGE.COM, LCC; UGH TECH GROUP C.V.; WEBSITE TECHNOLOGIES, LLC; ATLANTISCHE BEDRIJVEN C.V.; AMSTEL RIVER HOLDINGS, LLC; LUPINE HOLDINGS, LLC; KICKAPOO RIVER INVESTMENTS, LLC; CF HOLDINGS GP,** | Case No. 3:18-cv-00449-SB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Page 1 – CORPORATE DISCLOSURE STATEMENT

4828-5969-7503v.2 3710078-000091    DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

LLC; CF ACQUISITIONS, LLC; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; AND JOHN DOES 1-5,

                DEFENDANTS.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Leeward Holdings, LLC and Camarillo Holdings, LLC state as follows:

1.      Leeward Holdings, LLC is a Delaware limited liability company, wholly owned by Medalist Holdings, Inc. Leeward Holdings, LLC has always been privately held, and no publicly held corporation has ever owned an interest in it. The member of Leeward Holdings, LLC is a citizen of Delaware and Arizona.

2.      Camarillo Holdings, LLC is a Delaware limited liability company, wholly owned by Leeward Holdings, LLC. Camarillo Holdings, LLC has always been privately held, and no publicly held corporation has ever owned an interest in it. The member of Camarillo Holdings, LLC's member is a citizen of Delaware and Arizona.

DATED this 29th day of May, 2018.

                **DAVIS WRIGHT TREMAINE LLP**

                By Tim Cunningham
                   Tim Cunningham, OSB #100906
                   timcunningham@dwt.com
                   Telephone: (503) 241-2300
                   Facsimile: (503) 778-5299

                   Attorneys for Defendants Leeward Holdings, LLC, Camarillo Holdings, LLC, Michael Lacey and James Larkin

Page 2 – CORPORATE DISCLOSURE STATEMENT

4828-5969-7503v.2 3710078-000091

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax